LARRY LUM, ESQ.
Nevada Bar No. 14914
E-mail: Larry.Lum@wilsonelser.com
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
E-mail: Ashley.Zurkan@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN &**
**DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
*Attorneys for Defendants Christian Congregation of JWS*
*D/B/A Jehovah's Witnesses,* and *Hermelinda Delgadillo*

# UNITED STATES DISTRICT COURT

## CLARK COUNTY NEVADA

| MY VAN THI ANDERSON, | Case No.: 2:26-cv-00090-JAD |
|---|---|
| Plaintiff, | |
| vs. | **[STIPULATED] DISCOVERY PLAN AND SCHEDULING ORDER** |
| CHRISTIAN CONGREGATION OF JWS d/b/a JEHOVAH'S WITNESSES, a religious organization; HERMELINDA DELGADILLO, an Individual; DOES I through X; and ROE ENTITIES I through X, inclusive, | **Submitted in Compliance with LR 26-1(b)** |
| Defendants. | |

COMES NOW Plaintiff MY VAN THI ANDERSON, by and through her attorneys or record, Jacob S. Smith, Esq. of  Henness & Haight, and Defendants CHRISTIAN CONGREGATION OF JWS d/b/a JEHOVAH'S WITNESSES, and HERMELINDA DELGADILLO, by and through their attorneys of record, Larry Lum, Esq. and Ashley Zurkan, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP , and hereby submit their Joint Proposed Stipulated Discovery Plan and Scheduling Order, pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1(b), as follows:

**Fed.R.Civ.P. 26(f) Conference.**

The parties participated in the Fed. R. Civ. P. 26(f)) conference on January 29, 2026, and there were no discovery disputes at that time. The parties now propose the following discovery plan:

328534927v.1

**1) Discovery Cut-Off Date**

Defendants filed its Answer on December 22, 2025. Accordingly, all discovery must be completed 180 days from this date, on or before **June 21, 2026.** The parties may conduct discovery within the scope of Fed. R. Civ. P. 26. Subject to the foregoing, discovery need not be limited or focused on particular issues or conducted in phases.

**2) Amending the Pleadings and Adding Parties**

Unless stated herein or ordered by the Court, the date for filing motions to amend the pleadings or to add parties is 90 days before the close of discovery, on or before **March 23, 2026.**

**3) Fed. R. Civ. P. 26(a)(2) Disclosures (Experts)**

Unless stated herein or ordered by the Court, the deadline in Fed. R. Civ. P. 26(a)(2)(D) for expert disclosures require that the disclosures be made 60 days before the discovery cut-off date, on or before **April 22, 2026**. Rebuttal-expert disclosures are to be made 30 days after the initial disclosure of experts, on or before **May 22, 2026.**

**4) Dispositive Motions**

Unless stated herein or ordered by the Court, the deadline for filing dispositive motions is 30 days after the discovery cut-off date, on or before **July 21, 2026**.

**5) Pretrial Order**

Unless stated herein or ordered by the Court, the deadline for the joint pretrial order is 30 days after the dispositive-motion deadline, on or before **August 20, 2026**. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order

**6) Fed. R. Civ. P. 26(a)(3) Disclosures**

Plaintiff and Defendants will serve their respective initial disclosure statements no later than **February 21, 2026.**

**7) Alternative Dispute Resolution**

The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

-2-

328534927v.1

**8) Alternative Forms of Case Disposition**

The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**9) Electronic Evidence**

The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties anticipate that they will have some evidence to present to the jury that exists in electronic format.

**IT IS SO STIPULATED.**

DATED this 12 day of February, 2026.

**HENNESS & HAIGHT**

*/s/ Jacob Smith*
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

DATED this 12 day of February, 2026.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Ashley Zurkan*
LARRY LUM, ESQ.
Nevada Bar No. 14914
ASHLEY L. ZURKAN, ESQ.
Nevada Bar No. 16473
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants Christian Congregation of JWS D/B/A Jehovah's Witnesses, and Hermelinda Delgadillo*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____February 12, 2026_____

-3-

328534927v.1