JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200 Telephone
(702) 862-8204 Facsimile
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY VAN THI ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN CONGREGATION OF JWS d/b/a JEHOVAH'S WITNESSES, a religious organization; HERMELINDA DELGADILLO, an Individual; DOES I through X; and ROE ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.:   2:26-cv-00090-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY (SECOND REQUEST)** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff MY VAN THI ANDERSON, by and through her attorneys or record,  Jacob S. Smith, Esq. of  Henness & Haight, and Defendants CHRISTIAN CONGREGATION OF JWS d/b/a JEHOVAH'S WITNESSES, and HERMELINDA DELGADILLO, by and through their attorneys of record, Larry Lum, Esq. and Ashley Zurkan, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP , hereby request an extension of certain discovery deadlines for the reasons set forth below. This is the parties' second request for an extension.

## A.  DISCOVERY COMPLETED

a.  The parties participated in the FRCP 26(f) Conference on January 29, 2026.

b.  Defendants have disclosed their Initial FRCP 26(a)(1) Disclosures of Witnesses and

- 1 -

Documents on February 21, 2026.

c. Plaintiff My Van Thi Anderson has disclosed her Initial FRCP 26(a)(1) Disclosures of Witnesses and Documents on February 27, 2026.

d. Defendants have served Subpoenas Duces Tecum to obtain Plaintiff's relevant insurance claim files.

e. Defendants served written discovery to Plaintiff on April 3, 2026.

f. Plaintiff responded to Defendants' written discovery on May 18, 2026.

g. Plaintiff served written discovery to Defendants on May 21, 2026.

## II.    DISCOVERY THAT REMAINS TO BE COMPLETED

a. Depositions of Plaintiff, Defendant, and other party witnesses

b. Additional fact-witness depositions

c. Expert witness disclosures

d. Expert depositions

e. Treating physician depositions

f. Additional discovery yet to be determined as may be necessary.

## III.    REASONS WHY REMAINING DISCOVERY WAS NOT COMPLETED

The Parties have been working cooperatively to advance this litigation. However, additional time for discovery is needed for several reasons. Plaintiff's medical expert needs additional time to complete a report, and a brief extension of the deadlines is needed for him to be able to do so. Further, the parties need to coordinate the depositions of Plaintiff, Defendants, and expert depositions. Plaintiff is legally deaf and requires ASL interpreter for all communications. Because of this, the timeline for communications with Plaintiff requires extra steps each time communication is needed. Moreover, the parties will need to coordinate so that

two (2) ASL interpreters can be present when Ms. Anderson is deposed, as the interpreters require that a second interpreter be present so they can take breaks from interpreting.

Further, the need for this extension within the 21 day deadline is due to excusable neglect, as Plaintiff only recently learned from her expert that additional time was needed, and, in attempting to schedule interpreters, only recently learned that any meeting longer than 30 minutes requires the presence of two (2) ASL interpreters.

The parties submit that this request for additional time is the result of good causes not due to any intentional delays on the part of any party, nor caused by bad faith or the unwillingness by any party to meaningfully participate in the discovery process. Counsel has discussed the matter and come to an agreement to extend the following deadlines.

…

…

…

…

…

…

…

…

…

…

…

…

…

- 3 -

## IV.   PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

| Description of Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Initial Expert Disclosures | June 22, 2026 | July 22, 2026 |
| Rebuttal Expert Disclosures | July 22, 2026 | August 21, 2026 |
| Discovery Cut-Off | August 21, 2026 | September 21, 2026 |
| Dispositive Motions | September 21, 2026 | October 21, 2026 |
| Joint Pretrial Order | October 21, 2026 | November 20, 2026 |

**IT IS SO STIPULATED.**

DATED this 22nd day of June, 2026.         DATED this   22nd   day of June, 2026.

**HENNESS & HAIGHT**                        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Jacob Smith*                           */s/ Ashley Zurkan*
JACOB S. SMITH, ESQ.                        LARRY LUM, ESQ.
Nevada Bar No. 10231                        Nevada Bar No. 14914
8972 Spanish Ridge Avenue                   ASHLEY L. ZURKAN, ESQ.
Las Vegas, Nevada 89148                     Nevada Bar No. 16473
*Attorneys for Plaintiff*                   6689 Las Vegas Blvd. South, Suite 200
                                            Las Vegas, NV 89119
                                            *Attorneys for Defendants Christian Congregation of JWS D/B/A Jehovah's Witnesses, and Hermelinda Delgadillo*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:   June 22, 2026

- 4 -